Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of raw skins similar in all material respects to those the subject of Abstract 41327, the claim for free entry under paragraph 1765 was sustained.

**No. 56422.**—W. A. Cleary Corp. v. United States, protests 176227–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of lecithin (soybean residual sludge) similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (38 C. C. P. A. 131, C. A. D. 450), the claim of the plaintiff was sustained.

**No. 56423.**—W. A. Cleary Corp. v. United States, protest 177873–K (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of lecithin (soybean residual sludge) similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (38 C. C. P. A. 131, C. A. D. 450), the claim of the plaintiff was sustained.

**No. 56424.**—The Bemporad Company et al. v. United States, protests 177127–K, etc. (New York).

Opinion by Johnson, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found. The protests were sustained to this extent.

**No. 56425.**—J. Finkelstein & Son et al. v. United States, protests 174629–K, etc. (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56426.**—The Buckingham Corporation v. United States, protest 176123–K (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.